UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OLEG REGEDA,

                       Plaintiff,

      - v -

CITY OF NEW YORK, et al.,

                       Defendants.
-------------------------------------------------------------x

**MEMORANDUM**

CV-09-5427 (KAM)(VVP)

      In accordance with the court's direction, the plaintiff, who is proceeding *pro se*, submitted a list of the questions he wished to pose to the defendants. Following a review of the list, the court issued an order [DE 56] directing the defendants to provide answers to certain of the questions, as recast by the court. For the purpose of preserving the plaintiff's requests for information, the list of questions he submitted is filed as an attachment to this memorandum. As noted in the above order, to the extent that some requests for information in the plaintiff's list were excluded from the court's order, they were eliminated based on the court's determination that they were not reasonably calculated to lead to evidence admissible at trial.

*Viktor V. Pohorelsky*
VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:    Brooklyn, New York
             July 16, 2013